IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-32447 |
| | § | |
| ROCHELLE BROWN | § | JUDGE JEFF BOHM |
| | § | |
| STATE OF _Oklahoma_ | § | |
| | § | |
| COUNTY OF _Oklahoma_ | § | |

### FIRST AMENDED AFFIDAVIT OF ADRIAN MORALES

BEFORE ME, the undersigned authority, personally appeared Adrian Morales, known to me to be a credible person who on his oath deposed and stated the following on his personal knowledge:

1. My name is Adrian Morales and I am over the age of eighteen (18) years, and there is no legal impediment to my giving this affidavit. The facts described herein are within my personal knowledge.

2. I am the owner of record of the real property described as Unit 501 Bldg 5 0.156 Int. Common Land & Ele Contemporary Westheimer T/H Condo Amend., more commonly known as 2710 Hullsmith Dr., 501, Houston, Texas 77063-4646. Eagle Realty Group a/k/a Eagle Realty Group % Owner is my property management company.

3. The document marked as Exhibit 2 to be filed contemporaneously with this affidavit is a true and correct copy of the lease agreement entered into by Eagle Realty Group a/k/a Eagle Realty Group % Owner and Rochelle Brown.

4. The document marked as Exhibit 3 to be filed contemporaneously with this affidavit is a true and correct copy of a ledger showing the payments and charges to Rochelle Brown for this property as of June 1, 2019.

_____
Adrian Morales

Exhibit 1 pg. 1

SUBSCRIBED AND SWORN TO BEFORE ME on this the 6th day of June, 2019, to certify which witness my hand and official seal.

_Ashlie Talbott_
Notary Public

[Notary Seal: ASHLIE TALBOTT, NOTARY PUBLIC, STATE OF OKLAHOMA, # 15001013, EXP. 02/02/23]

Exhibit 1 pg. 2