**Eagle Realty Group**
3038 Fry Rd #38
Katy , TX. 77449



Tenant Payment History Report



06/05/2019

**01/01/2019 to 06/05/2019**

**Tenant Name:** Rochelle Brown

| Unit 1, 2710 Hullsmith #501, Houston , 77063 | |
|---|---|
| **Email Address** | rochellevbrown81@gmail.com |
| **Phone #** | 646-577-2002 |
| **Alternate Phone #** | |

## Current Lease Terms

| Fixed Term | 01/01/2019 - 12/31/2019 | Security Deposit | $0.00 |
|---|---|---|---|
| **Monthly Payment** | $1,600.00 | **Late Fee** | $75.00 Monthly and $15.00 Daily with a Grace Period of 3 Days |
| **Due Date** | 1st of the Month | **Bounce Check Fee** | $0.00 |

## Rent Payment History

| | OWED | | | | COLLECTED | | | |
|---|---|---|---|---|---|---|---|---|
| **Due Date** | **Type** | **Due** | **Balance Due** | **Status** | **Collection Date** | **Collection Amount** | **Rent Forgiven** | **Notes** |
| 01/01/2019 | Late Fee | $480.00 | $480.00 | ⚑Overdue | | | | |
| 01/01/2019 | Rent | $1,600.00 | $1,000.00 | ⚑Overdue | 01/29/2019 | $600.00 | | partial payment for Jan 2019 |
| 02/01/2019 | Late Fee | $435.00 | $435.00 | ⚑Overdue | | | | |

Exhibit 3 pg. 1

| Date | Type | Amount | Balance | Status | Pmt Date | Pmt Amount | | Notes |
|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | Rent | $1,600.00 | $600.00 | 🚩Overdue | 02/19/2019 | $1,000.00 | | Partial payment received for payment towards Jan 2019 rental payment |
| 03/01/2019 | Late Fee | $390.00 | $390.00 | 🚩Overdue | | | | |
| 03/01/2019 | Rent | $1,600.00 | $600.00 | 🚩Overdue | 03/11/2019 | $1,000.00 | | Partial payment received for January late fees and February rent payment |
| 04/01/2019 | Rent | $1,600.00 | $0.00 | Paid | 04/14/2019 | $600.00 | | Partial payment for overdue rent and late fees |
| | | | | | 04/29/2019 | $1,000.00 | | |
| 05/01/2019 | Rent | $1,600.00 | $1,000.00 | 🚩Overdue | 05/28/2019 | $600.00 | | Partial payment |
| 06/01/2019 | Rent | $1,600.00 | $1,600.00 | 🚩Overdue | | | | |
| | | **$10,905.00** | **$6,105.00** | | | **$4,800.00** | **$0.00** | |

Exhibit 3 pg. 2