# Michael Poynter

| | |
|---|---|
| **From:** | Randy Williams <rww@bymanlaw.com> |
| **Sent:** | Tuesday, May 14, 2019 12:12 PM |
| **To:** | Michael Poynter |
| **Subject:** | RE: 19-32447, In re Rochelle Brown, Lift Stay |

No objection

Randy W. Williams
Byman & Associates PLLC
Partner
7924 Broadway
Suite 104
Pearland TX 77581
281-884-9262
rww@bymanlaw.com


PRIVILEGED & CONFIDENTIAL

The information contained in this e-mail may be (1) subject to attorney-client privilege; (2) subject to attorney work product privilege; and/or (3) confidential.  It is intended only for the individual(s) designated above.  You are hereby notified that any use, copying or distribution of the information contained in this transmission by anyone other than the recipient(s) named above is unauthorized and strictly prohibited. If you have received this transmission in error, please notify the sender immediately.
*Please be advised that when we provide services to persons seeking bankruptcy protection, the law considers us to be a "DEBT RELIEF AGENCY."  It is routine for attorneys in our firm, such as myself, to help individuals and entities seek protection from creditors by filing for Bankruptcy Relief under the United States Bankruptcy Code.  Additionally, as part of our complete range of bankruptcy related services, we also routinely represent other parties commonly involved in bankruptcy cases such as commercial and residential landlords, commercial and residential lenders, banks, auto lenders, equipment financiers, trade creditors and bankruptcy trustees, among others.*

*To ensure compliance with requirements imposed by the IRS in Circular 230, be advised that federal tax advice, if any, contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter that does so.*

**From:** Michael Poynter <mpoynter@vargolawfirm.com>
**Sent:** Tuesday, May 14, 2019 12:10 PM
**To:** Randy Williams <rww@bymanlaw.com>
**Subject:** 19-32447, In re Rochelle Brown, Lift Stay

Randy,

I represent Adrian Morales and Eagle Realty Group, the debtor's landlord in this case. We are going to file a motion to lift the stay to permit a previously filed eviction (for non-payment of rent) to proceed. I'm writing to see if you oppose that relief as the Trustee. I also left you a voicemail.

Please let me know. I intend to file our motion in the next few days. Thanks.

Very truly yours,


Michael Poynter
Vargo Law Firm, P.C.
7660 Woodway Dr., Suite 585
Houston, TX 77063
(713) 524-2441, Ext. 2 - Phone
(832) 779-8838 – Fax
mpoynter@vargolawfirm.com
www.vargolawfirm.com


Confidentiality Notice:  The contents of this electronic message, and any attachment to it, contain information which may be confidential and/or privileged. This information is intended only for the addressed recipients and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of this electronic message or its contents is strictly prohibited and may be unlawful. If you have received this electronic message in error, please immediately reply to the sender that you have received the message in error, and destroy all copies of it.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.